UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAOCHUN GAO, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED,

        Plaintiff,

– against –

SAVOUR SICHUAN INC., LA VIE EN SZECHUAN RESTAURANT CORP., YI ZHANG, WEIMIN HONG, DONGMEI WEI, XIAOMEN GU, JANE DOE, *and* JOHN DOES, # 1–10,

        Defendant.

**ORDER**

19 Civ. 2515 (ER)

RAMOS, D.J.:

    On December 23, 2019, the defendants filed an Answer to the plaintiff's Amended Complaint. As the Court held an initial conference in this matter on November 26, the parties are directed to submit a joint Civil Case Discovery Plan and Scheduling Order by May 1, 2020.

It is SO ORDERED.

Dated:   April 6, 2020
            New York, New York

                                                EDGARDO RAMOS, U.S.D.J.