UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAOCHUN GAO, *individually and on behalf of all other similarly situated*,

        Plaintiff,

– against –

SAVOUR SICHUAN INC., LA VIE EN SZECHUAN RESTAURANT CORP., YI ZHANG, WEIMIN HONG, DONGMEI WEI, XIAOMEN GU, JANE DOE, *and* JOHN DOES, # 1–10,

        Defendants.

**ORDER**

19 Civ. 2515 (ER)

RAMOS, D.J.:

        On April 6, 2020, the Court ordered the parties to submit a Civil Case Discovery Plan and Scheduling Order by May 1, 2020.  As of May 4, 2020, they have not done so.  The parties are directed to file such an Order by Friday, May 8, 2020.  Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute.  *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated:    May 5, 2020
             New York, New York

                              EDGARDO RAMOS, U.S.D.J.