UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
            :
XIAOCHUN GAO,                                               :
            :
                     Plaintiff,                      :
            :      19-CV-2515 (JPC)
        -v-                                        :
            :      <u>ORDER</u>
SAVOUR SICHUAN INC. et al.,                    :
            :
                     Defendants.                 :
            :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of a motion from Ricardo R. Morel seeking to withdraw as attorney of record for La Vie En Szechuan Restaurant Corp., Yi Zhang, and Xiaomen Gu, dated October 25, 2020 (Dkt. 37), and a letter from Plaintiff requesting leave to amend her Complaint, dated October 26, 2020 (Dkt. 38). Pursuant to 6.A of the Court's Individual Rules and Practices in Civil Cases, Defendants' response to Plaintiff's letter was due October 29, 2020. No response was filed. It is hereby ORDERED that if Defendants wish to respond, they shall do so by November 3, 2020.

       It is further ORDERED that the parties shall appear for a telephone conference with the Court on November 4, 2020 at 11:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. The parties shall be prepared to discuss the aforementioned motions and shall be prepared to affirmatively state whether they continue to consent to proceeding before a magistrate judge pursuant to 28 U.S.C. § 636(c), as the parties indicated in their Civil Case Discovery Plan and Scheduling Order, signed May 6, 2020. (*See* Dkt. 32.)

       SO ORDERED.

Dated: October 30, 2020
       New York, New York                     _____
                                                        JOHN P. CRONAN
                                                         United States District Judge