USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/01/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

XIAOCHUN GAO,

                        Plaintiff,                        19CV2515 (JPC)(KHP)

      -against-                      **ORDER RESCHEDULING CASE**
                                                                       **MANAGEMENT CONFERENCE**

SAVOUR SICHUAN INC. et al.,

                        Defendants.

----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The telephonic Case Management Conference scheduled for Thursday, March 4, 2021 at 12:30 p.m. is hereby rescheduled to **Thursday, March 18, 2021 at 11:00 a.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: New York, New York
       March 1, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge