UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

XIAOCHUN GAO,

                               Plaintiff,                        19-CV-2515 (JPC) (KHP)

            -against-                                              **ORDER**

SAVOUR SICHUAN INC. et al.,

                               Defendants.

----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    Consistent with the case management conference held yesterday in the above-captioned case, the Court notes that another conference in this case will take place on **April 28, 2021 at 4:00 p.m.** Counsel for the parties are directed to call the Court's conference line at the scheduled time. Please dial (866) 434-5269, access code: 4858267.

    Additionally, the Court reminds counsel for Plaintiff that, once the remaining defendants appear in this case, Plaintiff should make a settlement demand. Based on Plaintiff's counsel's representations, the Court expects the remaining defendants to appear within four weeks. Further, Plaintiff intends to imminently file a Third Amended Complaint in order to make a simple name correction. Accordingly, and consistent with the Court's guidance at yesterday's conference, Plaintiff should make a settlement demand by no later than April 19, 2021.

    SO ORDERED.

Dated: New York, New York
       March 19, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge