USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

XIAOCHUN GAO,

                      Plaintiff,

      -against-

SAVOUR SICHUAN INC. et al.,

                      Defendants.

-----------------------------------------------------------------X

19CV2515 (JPC)(KHP)

**CASE MANAGEMENT CONFERENCE RESCHEDULE AND CONVERSION ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    The Case Management Conference in this matter scheduled for Wednesday, August 11, 2021 at 11:15 a.m. is hereby rescheduled to **Wednesday, August 11, 2021, at 11:45 a.m.** and converted to a telephonic conference.  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

    SO ORDERED.

Dated: New York, New York
       August 4, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge