```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/11/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

XIAOCHUN GAO,

                                  Plaintiff,

               -against-

SAVOUR SICHUAN INC. et al.,

                              Defendants.

-----------------------------------------------------------------X

**19-CV-2515 (JPC)(KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The parties are hereby directed to file a joint status letter with the Court, not to exceed three pages in length, by no later than November 9, 2021.

      **SO ORDERED.**

Dated: New York, New York
       August 11, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge