**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

XIAOCHUN GAO,

                                Plaintiff,

          -against-

SAVOUR SICHUAN INC. et al.,

                               Defendants.

-----------------------------------------------------------------X

**19-CV-2515 (JPC)(KHP)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    On August 11, 2021, the Court issued an oral ruling granting in part and denying in part Plaintiff's motion for conditional collective certification. (*See* ECF Nos. 89, 90, 92.) On August 18, 2021, Plaintiff submitted a revised Notice of Pendency based on the Court's ruling. (ECF No. 94.) The Notice is properly addressed only to former non-managerial employees employed from March 21, 2016 to May 19, 2019 by: (1) Savour Sichuan Inc.; and (2) La Vie En Szechuan Restaurant Corp. (*Id.*) However, Plaintiff's Notice broadly refers to "Defendants" throughout the document. (*See id.* at 1-2.) Given that there are numerous named Defendants in this case and that the Court has limited the collective to those non-managerial employees that worked at only two of the Defendants, the current Notice, as written, is ambiguous.

    Accordingly, by August 23, 2021, Plaintiff must submit a revised Notice of Pendency replacing the term "Defendants" with "Defendants Savour Sichuan Inc. and La Vie En Szechuan Restaurant Corp."

**SO ORDERED.**

Dated: New York, New York
August 19, 2021

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge