USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/28/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

XIAOCHUN GAO,

                     Plaintiff,                                      **19CV2515 (JPC)(KHP)**

      -against-                                  **ORDER SCHEDULING CASE**
                                                                   **MANAGEMENT CONFERENCE**

SAVOUR SICHUAN INC. et al.,

                     Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    A Case Management conference in this matter is hereby scheduled for **Monday, December 6, 2021 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**.

    SO ORDERED.

Dated: New York, New York
         September 28, 2021

                                                                      _____
                                                                    KATHARINE H. PARKER
                                                                    United States Magistrate Judge