USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

XIAOCHUN GAO,

                     Plaintiff,

      -against-

SAVOUR SICHUAN INC. et al.,

                     Defendants.

----------------------------------------------------------------X

19CV2515 (JPC)(KHP)

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     In light of the extension of time granted by ECF. 121 the Case Management conference in this matter scheduled for **Monday, December 6, 2021 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby adjourned.

     **SO ORDERED.**

Dated: New York, New York
       November 17, 2021

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge