```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

XIAOCHUN GAO,

                      Plaintiff,                    19CV2515 (JPC)(KHP)

      -against-                     **ORDER CONVERTING CASE MANAGEMENT CONFERENCE TO TELEPHONIC**

SAVOUR SICHUAN INC. et al.,

                      Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Case Management Conference in this matter scheduled for **Tuesday, January 25, 2022, at 12:00 p.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

Dated: New York, New York
       January 6, 2022

                                          _____
                                          KATHARINE H. PARKER
                                          United States Magistrate Judge