```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
XIAOCHUN GAO,                                                          :
                                                                       :
                               Plaintiff,                              :
                                                                       :                19 Civ. 2515 (JPC)
               -v-                                                     :
                                                                       :                     ORDER
SAVOUR SICHUAN INC. et al.,                                            :
                                                                       :
                               Defendants.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 25, 2022, Judge Parker issued an Order setting a briefing schedule on Defendants' anticipation motion for summary judgment. Dkt. 124 ("January 25 Order"). Pursuant to that briefing schedule, Defendants' motion for summary judgment was due by March 22, 2022. *Id.* at 1. In the January 25 Order, Judge Parker also directed Plaintiff to file a letter with the Court by January 28, 2022, "indicating whether she intends to move for summary judgment." *Id.* Defendants have not filed their motion for summary judgment by the March 22 deadline, nor has Plaintiff filed a letter by the January 28 deadline indicating whether she intends to move for summary judgment. Accordingly, it is hereby ORDERED that, by April 8, 2022, the parties shall file a joint letter advising the Court as to the status of this case, including whether any party intends to move for summary judgment and, if not, whether the parties intend to proceed to trial.

SO ORDERED.

Dated: April 1, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge