```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
XIAOCHUN GAO,                                                          :
                                                                       :
                            Plaintiff,                                 :
                                                                       :         19 Civ. 2515 (JPC)
                  -v-                                                  :
                                                                       :              ORDER
SAVOUR SICHUAN INC., et al.,                                           :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 9, 2023, the Court ordered the parties to submit a status letter by February 16, 2023 addressing whether they consent to proceed before the Honorable Katharine H. Parker, and if not, whether reasons exist "beyond mere inadvertence" to warrant a favorable exercise of the Court's discretion under Federal Rule of Civil Procedure 39(b) to order a jury trial. That deadline has passed, and the docket does not reflect a response from the parties. The parties' deadline is therefore adjourned to February 17, 2023, at 5:00 p.m. If the parties once again fail to comply with the Court's order, the Court may impose sanctions.

SO ORDERED.

Dated: February 17, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge