# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

February 28, 2023

**Via ECF**
Hon. John P. Cronan U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **Plaintiffs Letter Requesting Brief Extension of Time to File Joint Response to Judges Order dated February 24, 2023**
*Gao v. Savour Sichuan Inc*, No. 19-cv-02515 (JPC) (S.D.N.Y.)

Your Honor,

We represent the Plaintiff in the above referenced matter. We write respectfully in regard to Your Honors Order dated February 24, 2023, that the parties are to provide the court with a letter on of the parties' request that the above matter be tried by a jury and if yes, the case should be tried by a jury why the court should exercise discretion for an order for a jury trial pursuant to Fed. R. Civ. P. 39(b). Plaintiff respectfully request for a brief extension from February 28, 2023, to March 1, 2023 to provide the court with the joint letter on the points above. Plaintiffs have emailed both sets of defendants in the matter and they have not gotten back to plaintiffs in the matter. This is plaintiffs first request and granting such request will not prejudice any party in the matter.

We thank the court for their consideration in the matter and apologize for the inconvenience in the matter.

Respectfully submitted,
TROY LAW, PLLC

*/s/ Aaron B. Schweitzer*
Aaron B. Schweitzer
*Attorney for Plaintiff*

cc: via ECF
    all counsel of record

AS/gd

The request is granted.  Plaintiff shall file the letter by March 1, 2023.  Plaintiff is reminded that pursuant to Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, parties are required to file all requests for extensions of time at least 48 hours prior to the scheduled deadline.  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 137.

SO ORDERED.
Date: March 1, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge