**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT OF NEW YORK**
-----------------------------------------------------------------x
XIAOCHUN GAO,
*Individually and on of others similarly situated*,
                                        Plaintiffs,

                    V.                                    Case No. 19-cv-02515

SAVOUR SICHUAN INC.
LA VIE EN SZECHUAN RESTAURANT CORP          **NOTICE OF MOTION TO**
YI ZHANG                                    <u>**DISMISS COUNTERCLAIMS**</u>
WEIMIN HONG
DONGMEI WEI
XIAOMAN DUAN
FANG JIE,
THE BEST SICHUAN
JANE DOE
JOHN DOE #1-10
                                        Defendants.

-----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that upon the supporting memorandum of law, and upon all

prior pleadings and proceedings herein, Plaintiff shall move this Court, at the United States District

Court for the Southern District Court of New York, before the Honorable John P. Cronan, U.S.D.J.,

for an Order dismissing Defendants' counterclaims for failure to state a cause of action pursuant

to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: Flushing, NY
      March 21, 2023

Plaintiff failed to comply with Rule 6 of the Court's Individual
Rules and Practices in Civil Cases, which requires a party to file a
pre-motion letter prior to filing a motion.  Therefore, the Court
denies Plaintiff's motion without prejudice.  The Clerk of Court is
respectfully directed to close the motion pending at Docket
Number 145.

*/s/ John Troy*
John Troy
Aaron B. Schweitzer
Tiffany Troy
TROY LAW, PLLC
41-25 Kissena Boulevard
Suite 110
Flushing, NY 11355
(718) 762-1324
troylaw@troypllc.com
*Attorneys for Plaintiff*

SO ORDERED.
Date: March 29, 2023
New York, New York

      JOHN P. CRONAN
      United States District Judge