# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

June 5, 2023

**Via ECF**
Hon. John P. Cronan U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **Plaintiff's Letter requesting Extension of Time to Provide Joint Pre-Trial Order and Trial Materials**
            *Gao v. Savour Sichuan Inc*, No. 19-cv-02515 (JPC) (S.D.N.Y.)

Your Honor,

    We represent the Plaintiff in the above referenced matter. We write respectfully and with the consent of defendants The Best Sichuan and Jie Fang in regards to the time that the parties have to file their Joint Pre Trial Order and Trial Materials in the matter. On April 19, 2023, Honorable Judge Cronan issued an order stating that the parties shall file their Joint Pre-Trial Order and all other required pretrial filings on or before June 5, 2023. Plaintiff respectfully request for a brief extension of time of five (5) days for the parties to provide their Joint Pre Trial Order and all other required pretrial filings, meaning that the parties will file all papers on June 10, 2023. This is plaintiffs first request and granting such request will not prejudice any party in the matter.

    Plaintiff request for a brief extension for the parties are still in the process of working on the Joint Pre Trial Order in the matter. Due to other commitments and pre-scheduled conferences and trials, plaintiff has been unable to send their draft of the Joint Pre Trial Order for the defendants to make their corrections on. Plaintiff has most of their Joint Pre Trial Order done but need to work on some last minute things before they send it to the Defendants for them to make their corrections. Plaintiff look to send their Joint Pre Trial order tomorrow for both sets of defendants to make their edits and provide to Your Honor by Friday. Such brief extension will not affect any important deadlines such as the Final pretrial conference scheduled on July 11, 2023 or the trial.

    For the reasons stated above, plaintiff respectfully request for a brief extension of time of five (5) days for the parties to file their Joint Pretrial Order and other trial materials, meaning that the parties time to file their Joint Pretrial Order and trial materials will be extended from June 5, 2023 to June 10, 2023.

    We thank the court for their consideration in the matter and apologize for the inconvenience in the matter.

                                                 Respectfully submitted,
                                               TROY LAW, PLLC

Hon. John P. Cronan, U.S.D.J.
June 5, 2023
*Xiaochun Gao v. Savour Sichuan Inc et al*, No. 19-cv-02515 (JPC) (S.D.N.Y.)
Page 2 of 2

                                              /s/ Aaron B. Schweitzer
                                              Aaron B. Schweitzer
                                              *Attorney for Plaintiff*

cc: via ECF
    all counsel of record

*AS/gd*

The request is granted. The parties shall file their pre-trial filings by June 10, 2023.

Given Plaintiff's repeated failure to abide by the Court's Individual Rules and Practices in Civil Cases, including by filing this extension request on the day of the at-issue deadline, Plaintiff is directed to thoroughly review those Rules and Practices. The Court will not entertain any other requests or motions that fail to comply with its Individual Rules and Practices. Failure to abide by Court orders may result in sanctions.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 151.

SO ORDERED.
Date: June 6, 2023
New York, New York

                                      JOHN P. CRONAN
                                   United States District Judge