**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
XIAOCHUN GAO,

                        Plaintiff,

      -against-                                          19 **CIVIL** 2515 (JPC)

                                                                   **<u>JUDGMENT</u>**

SAVOUR SICHUAN INC., et al.,

                        Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated February 16, 2024, the Court dismisses Plaintiff Xiaochun Gao's claim for unfurnished wage statements for want of jurisdiction, dismisses Gao's claims under the FLSA, finds in favor of Defendants The Best Sichuan, Inc., Xiaoman Duan, and Jie Fang on all remaining claims, and finds in favor of Gao against Defendants Savour Sichuan, Inc., Dongmei Wei, and Weimin Hong on her claims for unpaid minimum wage, unpaid overtime, and unpaid spread-of-hours pay under the NYLL. Gao is awarded damages from those Defendants, joint and severable, in the amount of $7,486.64 (calculated as the sum of $3743.32 in compensatory damages and $3743.32 in liquidated damages), plus pre-judgment interest on the $3743.32 in compensatory damages at $0.92 per day starting on November 23, 2018 until the date judgment is entered amounting to $1,759.04, and post-judgment interest pursuant to 28 U.S.C. § 1961. Judgment is entered accorcingly.

**Dated:** New York, New York

        February 16, 2024

BY:             **RUBY J. KRAJICK**
                  **Clerk of Court**

                   _____
                         **Deputy Clerk**