UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

XIAOCHUN GAO,

                        Plaintiff,                              19CV2515 (JPC)(KHP)

       -against-                                    **ORDER**

SAVOUR SICHUAN INC. et al.,

                        Defendants.

----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       By **September 26, 2024**, Plaintiff shall file an affidavit that states the number of non-managerial employees Savour Sichuan employed from December 2016 through February 2018. The affidavit should also state how many non-managerial employees La Vie en Szechuan Restaurant employed from September 2017 until December 2017. Plaintiff shall attach any supporting documentation to the affidavit.

       **SO ORDERED.**

Dated: New York, New York
         September 19, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge