USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2024

**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
(718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

September 26, 2024

**APPLICATION GRANTED**
/s/ Katharine H. Parker   9/27/2024
Hon. Katharine H. Parker, U.S.M.J.

<u>Via ECF</u>
Hon. Katherine H. Parker U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:      **Plaintiffs Request for Brief Extension of Time to File Supplemental Affidavit**
              *Xiaochun Gao v. Savour Sichuan Inc et al.*, No. 19-cv-02515 (JPC) (KHP), (S.D.N.Y.)

Your Honor,

      This office represents the Plaintiff in the above-referenced matter. We write in regard to Your Honor's Order dated September 19, 2024, that plaintiff is to provide the court with a supplemental affidavit on or before September 26, 2024. Plaintiff respectfully requests for a brief extension of time of one week, or until October 3, 2024, to provide the court with their supplemental affidavit. Plaintiff have reached out to defendants that are represented in the above referenced matter but have not received any response. This is plaintiff's first request and granting such request will not prejudice any party in the above referenced case.

      Plaintiff request the brief adjournment for plaintiff's counsel is still in the process of requesting the information that the court seeks from plaintiff. Plaintiff's counsel looks to use the weekend to get all the information needed for the affidavit and believes the brief extension of a week would give plaintiff sufficient time to provide the affidavit to the court. Plaintiffs request does not prejudice any party in the above referenced matter for plaintiff's brief request will not alter any deadlines for now the court is deciding plaintiffs Proposed Fact and Conclusion of Law as to Defaulting Defendants and there are no other deadlines in the case currently.

      <u>For the reasons stated above, plaintiff respectfully requests for a brief extension of one week, or until October 3, 2024, to provide the court with the Supplemental Affidavit that they request.</u>

      We thank the court for their consideration in the matter and apologies for inconveniencing the court.

                                      Respectfully submitted,
                                      TROY LAW, PLLC

                                      */s/ John Troy*
                                      John Troy
                                      *Attorney for Plaintiffs*

Hon. Katherine H. Parker U.S.D.J.
September 26, 2024
*Xiaochun Gao v. Savour Sichuan Inc et al.*, No. 19-cv-02515 (JPC) (KHP), (S.D.N.Y.)
Page 2 of 2


cc: via ECF
    all counsel of record

*JT/gd*

2