**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
XIAOCHUN GAO,

                Plaintiff,                        19 **CIVIL** 2515 (JPC)(KHP)

      -against-                           **<u>JUDGMENT</u>**

LA VIE EN SZECHUAN RESTAURANT
CORP., et al.,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated January 7, 2025, notwithstanding this waiver, the undersigned

has conducted a de novo review of the Report and Recommendation, and finds it to be well

reasoned and its conclusions well founded. The Court has adopted the Report and

Recommendation in its entirety. Judgment is entered in favor of Gao as to Defendants La Vie En

Szechuan Restaurant Corp. and Yi Zhang; accordingly, the case is closed.

**Dated:** New York, New York
       January 7, 2025

                                 **TAMMI M. HELLWIG**
                              _____
                                  **Clerk of Court**

                 **BY:**      K. Mango

                                _____
                                  **Deputy Clerk**